IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHARLIE CASSIDY**                                                                                    **PLAINTIFF**

v.                              **Case No. 3:19-cv-00073-LPR**

**REFRIGERATED EXPRESS, L.C.**                                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 29th day of September, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE